**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| RONALD SATISH EMRIT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-CV-00003 SNLJ |
| | ) |
| THE GRAMMY AWARDS ON CBS, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1406(a).

**IT IS HEREBY CERTIFIED** that an appeal from this action would not be taken in good faith.

Dated this 16th day of January, 2024.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE