# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 01, 2024

Ronald Satish Emrit
6655 38th Lane, E.
Sarasota, FL  34243

   RE:  24-1299  Ronald Emrit v. The Grammys Awards on CBS

Dear Ronald Satish Emrit:

   Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

        Michael E. Gans
        Clerk of Court

BNW

Enclosure(s)

cc:  Clerk, U.S. District Court, Eastern District of Missouri

    District Court/Agency Case Number(s):  1:24-cv-00003-SNLJ

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  24-1299

_____

Ronald Satish Emrit

Plaintiff - Appellant

v.

The Grammys Awards on CBS, doing business as The Recording Academy/National Academy of Recording Arts and Sciences, (NARAS)

Defendant - Appellee

―――――――――――――――――――――――――――――――――――――

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:24-cv-00003-SNLJ)

―――――――――――――――――――――――――――――――――――――

**JUDGMENT**

Before SMITH, KELLY, and KOBES, Circuit Judges.

　　This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a). The motion to proceed on appeal in forma pauperis filed by Appellant Ronald Satish Emrit is granted.

April 01, 2024

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

　　　　/s/ Michael E. Gans